PER CURIAM.   The learned judge was right in holding that no necessity -for an examination was shown.   Indeed, take the whole of the affidavit together, it appears that the examination was to be used as a preparation for .trial.   Order affirmed, with $10 costs.

---

NEW YORK LIFE INS. CO., Respondent, *v.* AITKIN, Appellant.

*(Superior Court of New York City, General Term.   December 10, 1891.)*

Appeal from special term.

Action by the New York Life Insurance Company against James Aitkin, .executor, etc.   From part of order allowing defendant to amend answer on terms, defendant appeals.   For former reports, see 4 N. Y. Supp. 879; 11 N. Y. Supp. 349.

Argued before SEDGWICK, C. J., and FREEDMAN and DUGRO, JJ.

*Johnson & Johnson,* for appellant.   *H. G. Atwater,* for respondent.

PER CURIAM.   The order should be affirmed, with $10 costs and disburse-,ments.

---

ROSEVELT, Respondent, *v.* McGAW, Appellant.

*(Superior Court of New York City, General Term.   December 10, 1891.)*

Appeal from special term.

Action by Warren Rosevelt against Alexander McGaw.   Defendant ap-,peals from order of reference.

Argued before SEDGWICK, C. J., and FREEDMAN and DUGRO, JJ.

*Leavitt & Kerth,* for appellant.   *William G. Bussey,* for respondent.

SEDGWICK, C. J.   Order affirmed, with $10 costs.

---

BOLTON *et al.,* Appellants, *v.* SCHRIEVER *et al.,* Respondents.

*(Superior Court of New York City, General Term.   December 14, 1891.)*

Appeal from special term.

Action by C. Gray Bolton and another against William Schriever and oth-.ers.   For former report, see 12 N. Y. Supp. 226, 918.

Argued before FREEDMAN, McADAM, and GILDERSLEEVE, JJ.

*Smith & Perkins,* for appellants.   *Johnson & Johnson,* for respondents.

PER CURIAM.   Order appealed from affirmed, with $10 costs.

---

DUFF, Respondent, *v.* RUSSELL, Appellant.

*(Superior Court of New York City, General Term.   December 14, 1891.)*

Action by James C. Duff against Lillian Russell.   Defendant appeals from judgment rendered at the equity term of the court in favor of plaintiff.

Argued before McADAM and GILDERSLEEVE, JJ.

*Howe & Hummel,* for appellant.   *Vanderpoel, Green & Cuming,* for re-.spondent.

PER CURIAM.   Judgment affirmed, with costs, upon the opinion of the trial judge.   14 N. Y. Supp. 134.

---

KANE, Respondent, *v.* METROPOLITAN EL. RY. CO. *et al.,* Appellants.
(No. 2.)

*(Superior Court of New York City, General Term.   December 17, 1891.)*

Appeal from special term.

Action by Edith Kane against the Metropolitan Elevated Railway Company .and another.   For former reports, see 6 N. Y. Supp. 526; 7 N. Y. Supp. 653.